## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Tanya J. McCloskey, Acting Consumer  :
Advocate,                                :
                  Petitioner    :
                                 :
          v.                   :         No. 697 C.D. 2018
                                 :
Pennsylvania Public Utility        :
Commission,                      :
               Respondent

## **O R D E R**

NOW, September 4, 2019, upon consideration of Respondent's application for reargument, and Petitioner's answer in response thereto, the application is denied.

 

                                                         
MARY HANNAH LEAVITT,
President Judge